FILED
MAY 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO; Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNEMAKER :

Vs. : C.A. #: 04-501 T

THEODORE BROTHER :

PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES PROPOUNDED UPON THEODORE BROTHER

Plaintiff, Barbara Fiorentino, in the above-entitled action and pursuant to Fed. R. Civ. P. 37 hereby requests this Honorable Court to order Theodore Brother to provide answers to Interrogatories, which were propounded upon the Defendant on April 4, 2005.

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to court intervention.

Plaintiff requests a twenty (20) day Order.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk
Date: 6/6/05

Plaintiff,
By her attorney,

Peter P.D. Leach (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100

**CERTIFICATION**

I hereby certify that a true copy of the above document was mailed to Gerald C. DeMaria, Esq., Higgins, Cavanagh & Cooney, The Hay Building, 123 Dyer Street, Providence, RI 02903; and was filed with the United States District Court for the District of Rhode Island, Clerk's Office, 2 Exchange Terr., Providence, RI 02903, on May 19, 2005.