**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BARBARA FIORENTINO; Individually )
and as Parent and Natural Guardian of )
JARED DARDEEN and CODY NONNENMACHER )
)
-VS.- )
)
THEODORE BROTHER ) C.A. NO. 04-501T

**NOTICE OF DEPOSITION**

TO: COUNSEL OF RECORD

Please take notice that at **10:00 a.m.**, on **June 29, 2005** at the offices of Higgins, Cavanagh & Cooney, The Hay Building, 123 Dyer Street, Providence, Rhode Island 02903, the attorneys for the defendant will take the oral deposition of **Medical Records Keeper of Open MRI of Rhode Island, 525 Broad Street, Cumberland, Rhode Island** for the purpose of discovery or for use as evidence, or both, before a Notary Public in and for the State of Rhode Island or before some other officer authorized to administer oaths.

Defendant, Theodore Brother
By His Attorneys,

Peter E. Garvey, Esq. (#5330)
HIGGINS, CAVANAGH & COONEY
The Hay Building, 123 Dyer St.
Providence, RI 02903
Telephone: (401) 272-3500
Facsimile: (401) 273-8780

**CERTIFICATION**

I hereby certify that a copy of the within document has been mailed, postage prepaid, to the following counsel of record on June 9, 2005.

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904
Telephone: (401) 521-9100

Fatima Rodrigo