IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO; Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNENMAKER

Vs. C.A. #: 04-501

THEODORE BROTHER

**JOINT MOTION TO EXTEND THE DISCOVERY CLOSURE DATE**

Now come the Plaintiff and Defendant and jointly move to extend the discovery closure date from June 15, 2005 to July 15, 2005. The parties state that the Plaintiff (and Plaintiff's counsel) became aware on June 1, 2005, of an additional policy of liability insurance that would provide coverage for Plaintiff's claims in the instant action.

WHEREFORE, the parties respectfully request that the discovery closure date be extended from June 15, 2005 to July 15, 2005; and that the due date for the pre-trial memorandam be extended accordingly, to September 15, 2005.

Plaintiff
By its attorney,

Peter P.D. Leach (RI Bar # 3955)
One Charles Street
Providence, RI 02904
(401) 521-9100 Tel
(401) 521-9120 Fax

Defendant,
By its attorney,

Gerald DeMaria, Esq.
Higgins, Cavanagh & Cooney
The Hay Building
123 Dyer Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA FIORENTINO; Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNENMAKER | : | |
| Vs. | : | C.A. #: 04-501 |
| THEODORE BROTHER | : | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY CLOSURE DATE**

On April 4, 2005, the Plaintiff, Barbara Fiorentino, propounded her first set of Interrogatories to the Defendant, Theodore Brother. On June 1, 2005, its counsel received by facsimile message, the Defendant's Interrogatory Answers, and became aware, for the first time, that the Defendant, at the time of the Plaintiff's injuries (September 24, 2003), had an automobile liability policy through Safety Insurance Company, with coverage limits of $250,000.00; and a personal umbrella policy, through Safety Insurance Company, with a limit of $3,000,000.00.

The Plaintiff, (and Plaintiff's counsel), prior to June 1, 2005, was only aware of the policy of insurance issued to the Defendant by Allstate Insurance Company.

As such, the Plaintiff and Defendant jointly request that this Honorable Court extend the discovery closure date from June 15, 2005 to July 15, 2005, in order to permit both Plaintiff and Defendant to notify Safety Insurance Company of said claim; and to determine if additional discovery is necessary.

Plaintiff,
By its attorney,

Peter P.D. Leach (RI Bar #3955)
One Charles Street
Providence, RI 02904
(401) 521-9100 Tel
(401) 521-9120 Fax

Defendant
By its attorney,

Gerald DeMaria, Esq.
Higgins, Cavanagh & Cooney
The Hay Building
123 Dyer Street
Providence, RI 02903

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO; Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNENMAKER

Vs. C.A. #: 04-501

THEODORE BROTHER

**JOINT MOTION TO EXTEND THE DISCOVERY CLOSURE DATE**

Now come the Plaintiff and Defendant and jointly move to extend the discovery closure date from June 15, 2005 to July 15, 2005. The parties state that the Plaintiff (and Plaintiff's counsel) became aware on June 1, 2005, of an additional policy of liability insurance that would provide coverage for Plaintiff's claims in the instant action.

WHEREFORE, the parties respectfully request that the discovery closure date be extended from June 15, 2005 to July 15, 2005; and that the due date for the pre-trial memorandam be extended accordingly, to September 15, 2005.

Plaintiff
By its attorney,

Peter P.D. Leach (RI Bar # 3955)
One Charles Street
Providence, RI 02904
(401) 521-9100 Tel
(401) 521-9120 Fax

Defendant
By its attorney,

Gerald DeMaria, Esq.
Higgins, Cavanagh & Cooney
The Hay Building
123 Dyer Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA FIORENTINO; Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNENMAKER | : | |
| Vs. | : | C.A. #: 04-501 |
| THEODORE BROTHER | : | |

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY CLOSURE DATE

On April 4, 2005, the Plaintiff, Barbara Fiorentino, propounded her first set of Interrogatories to the Defendant, Theodore Brother. On June 1, 2005, its counsel received by facsimile message, the Defendant's Interrogatory Answers, and became aware, for the first time, that the Defendant, at the time of the Plaintiff's injuries (September 24, 2003), had an automobile liability policy through Safety Insurance Company, with coverage limits of $250,000.00; and a personal umbrella policy, through Safety Insurance Company, with a limit of $3,000,000.00.

The Plaintiff, (and Plaintiff's counsel), prior to June 1, 2005, was only aware of the policy of insurance issued to the Defendant by Allstate Insurance Company.

As such, the Plaintiff and Defendant jointly request that this Honorable Court extend the discovery closure date from June 15, 2005 to July 15, 2005, in order to permit both Plaintiff and Defendant to notify Safety Insurance Company of said claim; and to determine if additional discovery is necessary.

Plaintiff
By its attorney,

Peter P.D. Leach (RI Bar # 3955)
One Charles Street
Providence, RI 02904
(401) 521-9100 Tel
(401) 521-9120 Fax

Defendant
By its attorney,

Gerald DeMaria, Esq.
Higgins, Cavanagh & Cooney
The Hay Building
123 Dyer Street
Providence, RI 02903