IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO; Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNENMAKER :

Vs. : C.A. #: 04-501

THEODORE BROTHER :

**JOINT MOTION TO EXTEND THE DISCOVERY CLOSURE DATE**

Now come the Plaintiff and Defendant and jointly move to extend the discovery closure date from June 15, 2005 to July 15, 2005. The parties state that the Plaintiff (and Plaintiff's counsel) became aware on June 1, 2005, of an additional policy of liability insurance that would provide coverage for Plaintiff's claims in the instant action.

WHEREFORE, the parties respectfully request that the discovery closure date be extended from June 15, 2005 to July 15, 2005; and that the due date for the pre-trial memorandum be extended accordingly, to September 15, 2005.

Plaintiff
By its attorney,

Peter P.B. Leach (RI Bar #3955)
One Charles Street
Providence, RI 02904
(401) 521-9100 Tel
(401) 521-9120 Fax

Defendant,
By its attorney,

Gerald DeMaria, Esq.
Higgins, Cavanagh & Cooney
The Hay Building
123 Dyer Street
Providence, RI 02903

GRANTED
Ernest C. Torres

No further extensions will be granted

Ernest C. Torres
Chief, US District Judge
6/14/05