FILED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA FIORENTINO, Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNENMACHER | : | |
| VS. | : | C.A. NO. 04-501 |
| THEODORE BROTHER | : | |

**DEFENDANT'S MOTION FOR PERMISSION TO PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE**

Defendant, Theodore Brother, by and through his counsel, requests permission for a claims service representative of Allstate Insurance Company to participate by telephone at the settlement conference scheduled for July 25, 2005 at 2:00 p.m. Counsel represents that such a claim service representative will be available through the duration of the settlement conference at the pleasure of the court.

Claims service representatives for this case are located in Farmington, Connecticut.

WHEREFORE, the defendant moves for permission for his insurance carrier, Allstate Insurance Company, to participate in the above-referred to settlement conference by telephone as represented by their counsel.

6/17/05. GRANTED
USMJ

Defendant, Theodore Brother
By his attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

Peter E. Garvey, Esq. #5330
123 Dyer Street
Providence, RI 02903
(401) 272-3500
Fax: (401) 273-8780