**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BARBARA FIORENTINO; Individually )
and as Parent and Natural Guardian of )
JARED DARDEEN and CODY NONNENMACHER )
)
-vs.- )
)
THEODORE BROTHER ) C.A. NO. 04-501T

**NOTICE OF DEPOSITION**

TO: COUNSEL OF RECORD

Please take notice that at **1:00 p.m. on Friday, July 29, 2005** at the offices of Higgins, Cavanagh & Cooney, The Hay Building, 123 Dyer Street, Providence, Rhode Island 02903, the attorneys for the defendant, Theodore Brother, will take the oral deposition of **The Keeper of Records for JavaSpeed Scooters**, for the purpose of discovery or for use as evidence, or both, before a Notary Public in and for the State of Rhode Island or before some other officer authorized to administer oaths.

Defendant, Theodore Brother,
By His Attorneys,

Gerald C. DeMaria, Esq. (#0637)
Peter E. Garvey, Esq. (#5330)
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer St.
Providence, RI 02903
Telephone: (401) 272-3500
Facsimile: (401) 273-8780

cc: Woods Reporting

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by facsimile and by regular first class mail, postage prepaid, to the following counsel of record on July 12, 2005.

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904
Telephone: (401) 521-9100
Facsimile: (401) 521-9120

Fatima Rodrigues