LAW OFFICE OF

# GLENN S. SPARR, ESQ.

One Charles Street
Providence, Rhode Island 02904
Telephone (401) 521-9100
Facsimile (401) 521-9120
gsparr@conversent.net
Admitted In Rhode Island

Received
Allstate Insurance
0 1 2 ... 104
Casualty MCO

...IFIED MAIL
...RN RECEIPT REQUESTED

...Insurance Company
...Department
...illon Pkwy.
...400
...rsburg, FL 33716
...Geizha Ahles

Re: Your Insured: Theodore B. Brother
Claim No.: 2478106137
My Client: Barbara Fiorentino
D/A: 9/24/2003

...Ms. Ahles:

Please be advised that this office has been consulted and retained by Barbara ...iorentino to represent her for injuries she sustained in a motorcycle accident involving your insured's vehicle, being driven by Theodore B. Brother, which occurred on September 24, 2003, on Veterans Memorial Drive in Warwick, RI. Based on the manner in which this accident occurred, my client intends to look to your insured for compensation for her injuries.

In that regard, pursuant to R.I.G.L. 27-7-5, kindly advise me of the coverage limits of your insured's automobile policy.

Please direct all future correspondence regarding this matter to my attention. Thank you for your cooperation.

Very truly yours,

Glenn S. Sparr

GSS/lh