MARKET CLAIM OFFICE
74 BATTERSON PARK RD.
FARMINGTON CT 06032

PHONE NUMBER: 860-676-4000
OFFICE HOURS: MONDAY-FRIDAY 8:00-5:30

Allstate
You're in good hands.

October 15, 2003

GLENN SPARR
1 CHARLES ST
PROVIDENCE RI 02904

Allstate Property and Casualty Insurance Company
Claim Number: 2478106137 LIK
Our Insured: THEODORE B BROTHER
Date of Loss: September 24, 2003
Your Client: Barbara Fiorentino

Dear Attorney Fiorentino,

In accordance with Rhode Island general law 27-7-5, and per your request for liability limits relative to the above named insured, please be advised the policy provided bodily injury limits of 250,000 per person 500,000 per accident.

If you will require anything further, kindly let me know.

Sincerely,

IRENE KELLERSTEDT
Allstate Property and Casualty Insurance Company

SM06/0/01/1