06/16/2005 at 12:18 PM
60745

Job Number: 11080

**NORTH COLLIER COLLISION INC**
License #:MV-38135 Federal ID #:593584319
COMPLETE AUTOMOTIVE REPAIRS
16210 OLD US 41 SOUTH
BONITA SPRINGS, FL 34135
(239)566-3808 Fax: (239)566-8130

**SUPPLEMENT OF RECORD 1 WITH SUMMARY**

Written By: DAVE WALTER 10/28/2003 08:55 AM
Adjuster: DD 47132620RGA10242 (727)571-8200

**Insured:** THEODORE B BROTHER
**Owner:** THEODORE B BROTHER
**Address:** [redacted]
**Day:** [redacted]
**Business:** [redacted]

**Claim** #2478106137-01
**Policy #**
**Deductible:** $500.00
**Date of Loss:** 09/24/2003
**Type of Loss:** Collision
**Point of Impact:** 7. Left Rear

**Inspect Location:** NORTH COLLIER COLLISION INC
16210 OLD US 41 SOUTH
BONITA SPRINGS, FL 34135

**Business:** (239)566-3808

**Insurance Company:** ALLSTATE INSURANCE COMPANY
P.O. BOX 42160
ST.PETERSBURG, FL 33716-1111

**Business:** (727)571-8200
2 Days to Repair

2004 LEXU RX330 4X2 6-3.3L-FI 4D UTV GREEN Int:
**VIN:** [redacted] **Lic:** [redacted] [redacted] **Prod Date:** 03/2003 **Odometer:** 11589

| | | |
|---|---|---|
| Air Conditioning | Tilt Wheel | Cruise Control |
| Intermittent Wipers | Keyless Entry | Theft Deterrent/Alarm |
| Dual Air Condition | Rear Wiper | Steering Wheel Controls |
| Dual Mirrors | Privacy Glass | Fog Lamps |
| Rear Spoiler | Clear Coat Paint | Power Steering |
| Power Brakes | Power Windows | Power Locks |
| Power Driver Seat | Power Passenger Seat | Power Mirrors |
| Anti-Lock Brakes (4) | Driver Air Bag | Passenger Air Bag |
| Front Side Impact Air Bag | 4 Wheel Disc Brakes | Traction Control |
| Cloth Seats | Bucket Seats | Aluminum/Alloy Wheels |

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 1# | S01 | *****FINAL BILL******* | 1 | | | |
| 2# | S01 | | | | | |
| 3# | R&I | REAR BUMPER COVER | | | 1.2 | |
| 4# | Rpr | REAR BUMPER COVER | | | 2.0 | 2.4 |
| 5# | | ADD FOR CLEAR COAT | 1 | | | 1.0 |
| 6# | Repl | LT. TAIL LAMP | 1 | 271.80 | 0.8 | |
| 7# | Repl | LT. SIDE MARKER LAMP LENS | 1 | 73.06 | 0.3 | |
| 8# | Rpr | LT. QUARTER PANEL | | | 0.5 | 2.0 |
| 9# | | ADD FOR CLEAR COAT | 1 | | | 0.4 |
| | | Subtotals ==> | | 344.86 | 4.8 | 5.8 |

06/16/2005 at 12:18 PM Job Number: 11080
60745

**SUPPLEMENT OF RECORD 1 WITH SUMMARY**
2004 LEXU RX330 4X2 6-3.3L-FI 4D UTV GREEN Int:

Estimate Notes:
DATA BASE N/A ON THIS YEAR / MODEL

| | | |
|---|---|---|
| Parts | | 344.86 |
| Body Labor | 4.8 hrs @ $ 38.00/hr | 182.40 |
| Paint Labor | 5.8 hrs @ $ 38.00/hr | 220.40 |
| Paint | 5.8 hrs @ $ 20.00/hr | 116.00 |
| SUBTOTAL | | $ 863.66 |
| Sales Tax | $ 863.66 @ 6.0000% | 51.82 |
| GRAND TOTAL | | $ 915.48 |
| ADJUSTMENTS: | | |
| Deductible | | 500.00 |
| CUSTOMER PAY | | $ 500.00 |
| INSURANCE PAY | | $ 415.48 |

WASTE DISPOAL CHARGES: " THIS CHARGE REPRESENTS COSTS & PROFITS TO THE MOTOR REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL"-(559.905(1)(H).-$3.00 BATTERY DISPOSAL FEE-$2.50 (559.905(1)(H), TIRE DISPOSAL- $1.50(559.905)(1)(H)
DAILY STORAGE CHARGE IF NOT PICKED UP WHEN COMPLETE $30.00 PER DAY (559.905(1)(N).

FAILURE TO USE THE INSURANCE PROCEEDS IN ACCORDANCE WITH THE SECURITY AGREEMENT, IF ANY, COULD BE A VIOLATION OF S. 812.014, FLORIDA STATUTES. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR LENDING INSTITUTION. IF A CHARGE FOR SHOP SUPPLIES OR HAZARDOUS OR OTHER WASTE REMOVAL IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: "THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL." IF A CHARGE FOR NEW TIRES OR A NEW OR REMANUFACTURED LEAD-ACID BATTERY IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: A $1.00 FEE FOR EACH NEW MOTOR VEHICLE TIRE SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW MOTOR VEHICLE TIRES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX CHAPTER 403.718. A $1.50 FEE FOR EACH NEW OR REMANUFACTURED LEAD-ACID BATTERY SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW OR REMANUFACTURED LEAD-ACID BATTERIES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX 403.7185.

Pathways - A product of CCC Information Services Inc.

06/16/2005 at 12:18 PM
60745

Job Number: 11080

**SUPPLEMENT OF RECORD 1 WITH SUMMARY**
2004 LEXU RX330 4X2 6-3.3L-FI 4D UTV GREEN Int:

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| | | ------- ADDED ITEMS ------- | | | | |
| 1# | S01 | *****FINAL BILL******* | 1 | | | |
| 2# | S01 | | | | | |
| | | Subtotals ==> | | 0.00 | 0.0 | 0.0 |

Estimate Notes:
DATA BASE N/A ON THIS YEAR / MODEL

| | |
|---|---|
| Parts | 0.00 |
| SUBTOTAL | $ 0.00 |

| | | |
|---|---|---|
| Estimate | 915.48 | DAVE WALTER |
| Supplement S01 | 0.00 | DAVE WALTER |
| Job Total | $ 915.48 | |

CUSTOMER PAY $ 500.00
INSURANCE PAY $ 415.48

WASTE DISPOAL CHARGES: " THIS CHARGE REPRESENTS COSTS & PROFITS TO THE MOTOR REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL"-(559.905(1)(H).-$3.00 BATTERY DISPOSAL FEE-$2.50 (559.905(1)(H), TIRE DISPOSAL- $1.50(559.905)(1)(H)
DAILY STORAGE CHARGE IF NOT PICKED UP WHEN COMPLETE $30.00 PER DAY (559.905(1)(N).

FAILURE TO USE THE INSURANCE PROCEEDS IN ACCORDANCE WITH THE SECURITY AGREEMENT, IF ANY, COULD BE A VIOLATION OF S. 812.014, FLORIDA STATUTES. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR LENDING INSTITUTION. IF A CHARGE FOR SHOP SUPPLIES OR HAZARDOUS OR OTHER WASTE REMOVAL IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: "THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL." IF A CHARGE FOR NEW TIRES OR A NEW OR REMANUFACTURED LEAD-ACID BATTERY IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: A $1.00 FEE FOR EACH NEW MOTOR VEHICLE TIRE SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW MOTOR VEHICLE TIRES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX CHAPTER 403.718. A $1.50 FEE FOR EACH NEW OR REMANUFACTURED LEAD-ACID BATTERY SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW OR REMANUFACTURED LEAD-ACID BATTERIES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX 403.7185.

Pathways - A product of CCC Information Services Inc.