UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA FIORENTINO; Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNEMAKER | : | |
| Vs. | : | C.A. #: 04-501 T |
| THEODORE BROTHER | : | |

PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION FOR PROTECTVE ORDER

Plaintiff, Barbara Fiorentino, in the above-entitled action hereby objects to Defendant, Theodore Brother's Motion for a Protective Order, pursuant to Rule 26(c).

Plaintiff,
By her attorney,

Peter P.D. Leach (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100

**CERTIFICATION**

I hereby certify that a true copy of the above document was mailed to Gerald C. DeMaria, Esq., Higgins, Cavanagh & Cooney, The Hay Building, 123 Dyer Street, Providence, RI 02903; and was filed with the United States District Court for the District of Rhode Island, Clerk's Office, 2 Exchange Terr., Providence, RI 02903, on July 19, 2005.