**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-501T** **DATE: July 25, 2005**

**TITLE: BARBARA FIORENTINO v. THEODORE BROTHER**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Peter Leach, Esq.
Peter Garvey, Esq.

**PROCEEDING:** Defendant's Motion for Protective Order Pursuant to Rule 26(c)

Attorneys argue.

**RULING:** **Motion Granted.**
**Deft to submit affidavit to Court.**
**Order to follow by Court.**