UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO, Individually:
and as Parent and Natural Guardian of :
JARED DARDEEN and CODY :
NONNENMACHER :
:
VS. : C.A. NO. 04-501 T
:
THEODORE BROTHER :

**NOTICE OF INTENTION TO OFFER INTO EVIDENCE OF DAMAGE TO PROPERTY PURSUANT TO R.I.G.L., SECTION 9-19-28**

TO: Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Please take notice that the Affidavit, a copy of which is attached hereto, shall be offered as evidence at the trial of the above-captioned cause as to the property damage sustained by the defendant, Theodore Brother.

Respectfully submitted,
Theodore Brother
By his attorneys,

HIGGINS, CAVANAGH & COONEY, LLP

Peter E. Garvey, Esq. #5330
123 Dyer Street
Providence, RI 02903
401-272-3500
Fax: 401-273-8780

Dated: October 18, 2005

MAILED, CERTIFIED MAIL
RETURN RECEIPT REQUESTED