UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO; Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNEMAKER :

Vs. : C.A. #: 04-501

THEODORE BROTHER :

PLAINTIFFS' OBJECTION TO DEFENDANT'S NOTICE OF INTENT PURSUANT TO R.I.G.L. §9-19-28

Now comes the Plaintiff, Barbara Fiorentino, individually, and as parent and natural guardian of Jared Dardeen, and hereby objects to the Defendant's Notice of Intention to introduce into evidence, at the time of trial a statement of damage to his property.

Plaintiff,
By her attorney,

Peter P.D. Leach (#5955)
One Charles Street
Providence, RI 02904
(401) 521-9100

**CERTIFICATION**

I hereby certify that a true copy of the above document was mailed to Gerald C. DeMaria, Esq., Higgins, Cavanagh & Cooney, The Hay Building, 123 Dyer Street, Providence, RI 02903; and was filed with the United States District Court for the District of Rhode Island, Clerk's Office, 2 Exchange Terr., Providence, RI 02903, on October 21, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA FIORENTINO; Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNEMAKER | : | |
| Vs. | : | C.A. #: 04-501 |
| THEODORE BROTHER | : | |

MEMORANDUM IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT'S NOTICE OF INTENT PURSUANT TO R.I.G.L. §9-19-28

Plaintiff, Barbara Fiorentino, individually, and as parent and natural guardian of Jared Dardeen, objects to the Defendant's Notice of Intent to offer into evidence, at the time of trial, a statement of property damage, on the grounds that R.I.G.L. §9-19-28, is not applicable to the Defendant, as the Defendant has not asserted a claim for damages to his property; and said statement is therefore inadmissible hearsay.

For the reasons set forth herein, the Plaintiff requests that this Honorable Court deny the admission into evidence of the Defendant's statement of property damage.

Plaintiff
By her attorney,

Peter P.D. Leach (RI Bar # 3955)
One Charles Street
Providence, RI 02904
(401) 521-9100 Tel
(401) 521-9120 Fax

CERTIFICATION

I hereby certify that a true copy of the above document was mailed to Gerald C. DeMaria, Esq., Higgins, Cavanagh & Cooney, The Hay Building, 123 Dyer Street, Providence, RI 02903; and was filed with the United States District Court for the District of Rhode Island, Clerk's Office, 2 Exchange Terr., Providence, RI 02903, on October 21, 2005.