UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BARBARA FIORENTINO, et al | : |
| | : |
| VS. | : C.A. NO. 04-501T |
| | : |
| THEODORE BROTHER | : |

**NOTICE TO TAKE DEPOSITION**

Kindly take notice that at ***11:30 am on Friday, October 28, 2005***, at the offices of HIGGINS, CAVANAGH & COONEY, 123 Dyer Street, Providence, Rhode Island, the attorney for the defendant will take the deposition of ***Records Keeper for the Motorcycle Safety Foundation, Paul Vitrano, Esq.*** for the purpose of discovery, or for use as evidence, or both, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized to administer oaths. *This notice supersedes prior notice for October 24, 2005.*

Defendant, Theodore Brother
By his attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

Peter E. Garvey, Esq. #5330
123 Dyer Street
Providence, RI 02903
(401) 272-3500
Fax: (401) 273-8780

cc: Woods Reporting

**CERTIFICATION**

I hereby certify that a I on this 21 day of October, 2005 a true copy of the within document was faxed to:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904
(401) 521-9120

Sara M. Cirella