UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO, Individually:
and as Parent and Natural Guardian of :
JARED DARDEEN and CODY :
NONNENMACHER :
:
VS. : C.A. NO. 04-501 T
:
THEODORE BROTHER :

## AFFIDAVIT OF COMPLIANCE

The undersigned makes affidavit under oath and says that a true copy of the within Notice of Intention attached hereto as Exhibit A together with a true copy of the affidavit of the property damage listed below with record attached was mailed, certified mail, return receipt requested, to Attorney for the plaintiff, Peter Leach. The return receipt is attached hereto as Exhibit B.

1. Affidavit of David Walter, North Collier Collision, Inc.

Defendant,
Theodore Brother,
By his attorney,

Peter E. Garvey, Esq., #5330
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Subscribed and sworn to before me under penalties of perjury this 2nd day of ~~October~~ November, 2005.

Notary Public
My Commission Expires 3/19/06

**CERTIFICATION**

I hereby certify that on this 2nd day of November, 2005 a copy of the within document was mailed to:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Sara M. Cirella
_______________________________