UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO, Individually:
and as Parent and Natural Guardian of :
JARED DARDEEN and CODY :
NONNENMACHER :
:
VS. : C.A. NO. 04-501
:
THEODORE BROTHER :

**NOTICE OF INTENTION TO OFFER INTO EVIDENCE OF DAMAGE TO PROPERTY PURSUANT TO R.I.G.L., SECTION 9-19-28**

TO: Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Please take notice that the Affidavit, a copy of which is attached hereto, shall be offered as evidence at the trial of the above-captioned cause as to the property damage sustained by the defendant, Theodore Brother.

Respectfully submitted,
Theodore Brother
By his attorneys,

HIGGINS, CAVANAGH & COONEY, LLP

Peter E. Garvey, Esq. #5330
123 Dyer Street
Providence, RI 02903
401-272-3500
Fax: 401-273-8780

Dated: October 18, 2005

MAILED, CERTIFIED MAIL
RETURN RECEIPT REQUESTED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO, Individually:
and as Parent and Natural Guardian of :
JARED DARDEEN and CODY :
NONNENMACHER :
:
VS. : C.A. NO. 04-501
:
THEODORE BROTHER :

## AFFIDAVIT

Now comes the duly authorized person making the repairs or by the person giving the estimate or under whose direction the estimate was prepared and make affidavit under oath and says as follows:

1. That I am actively engaged in the estimating of damage to automobiles and I am qualified to appraise and estimate the responsible value of repairs and damages to automobiles and regularly perform such duties.
2. That the repair estimate attached hereto in the amount of $915.48 is itemized as to parts and labor and is hereby made a part of this affidavit.
3. That this sum is a fair and reasonable charge for rendering such services.

David C. Walton

STATE OF
COUNTY OF

Subscribed and sworn to before me this 12th day of October, 2005.

Michelle Walton
Notary Public

Michelle Walter
My Commission DD198812
Expires March 25, 2007

06/16/2005 at 12:18 PM
60745

Job Number: 11080

**NORTH COLLIER COLLISION INC**
License #:MV-38135 Federal ID #:593584319
COMPLETE AUTOMOTIVE REPAIRS
16210 OLD US 41 SOUTH
BONITA SPRINGS, FL 34135
(239)566-3808 Fax: (239)566-8130

**SUPPLEMENT OF RECORD 1 WITH SUMMARY**

Written By: DAVE WALTER 10/28/2003 08:55 AM
Adjuster: DD 47132620RGA10242 (727)571-8200

**Insured:** THEODORE B BROTHER
**Owner:** THEODORE B BROTHER
**Address:** 6056 FAIRWAY CT
NAPLES, FL 34110-7318
**Day:** (508)693-6418
**Business:** (978)689-3200

**Claim** #2478106137-01
**Policy #**
**Deductible:** $500.00
**Date of Loss:** 09/24/2003
**Type of Loss:** Collision
**Point of Impact:** 7. Left Rear

**Inspect Location:** NORTH COLLIER COLLISION INC
16210 OLD US 41 SOUTH
BONITA SPRINGS, FL 34135

**Business:** (239)566-3808

**Insurance Company:** ALLSTATE INSURANCE COMPANY
P.O. BOX 42160
ST.PETERSBURG, FL 33716-1111

**Business:** (727)571-8200
2 Days to Repair

2004 LEXU RX330 4X2 6-3.3L-FI 4D UTV GREEN Int:
**VIN:** JTJGA31U940003111 **Lic:** W53EZU FL **Prod Date:** 03/2003 **Odometer:** 11589

| | | |
|---|---|---|
| Air Conditioning | Tilt Wheel | Cruise Control |
| Intermittent Wipers | Keyless Entry | Theft Deterrent/Alarm |
| Dual Air Condition | Rear Wiper | Steering Wheel Controls |
| Dual Mirrors | Privacy Glass | Fog Lamps |
| Rear Spoiler | Clear Coat Paint | Power Steering |
| Power Brakes | Power Windows | Power Locks |
| Power Driver Seat | Power Passenger Seat | Power Mirrors |
| Anti-Lock Brakes (4) | Driver Air Bag | Passenger Air Bag |
| Front Side Impact Air Bag | 4 Wheel Disc Brakes | Traction Control |
| Cloth Seats | Bucket Seats | Aluminum/Alloy Wheels |

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 1# S01 | | *****FINAL BILL******* | 1 | | | |
| 2# S01 | | | | | | |
| 3# | R&I | REAR BUMPER COVER | | | 1.2 | |
| 4# | Rpr | REAR BUMPER COVER | | | 2.0 | 2.4 |
| 5# | | ADD FOR CLEAR COAT | 1 | | | 1.0 |
| 6# | Repl | LT. TAIL LAMP | 1 | 271.80 | 0.8 | |
| 7# | Repl | LT. SIDE MARKER LAMP LENS | 1 | 73.06 | 0.3 | |
| 8# | Rpr | LT. QUARTER PANEL | | | 0.5 | 2.0 |
| 9# | | ADD FOR CLEAR COAT | 1 | | | 0.4 |
| | | Subtotals ==> | | 344.86 | 4.8 | 5.8 |

06/16/2005 at 12:18 PM
60745

Job Number: 11080

**SUPPLEMENT OF RECORD 1 WITH SUMMARY**

2004 LEXU RX330 4X2 6-3.3L-FI 4D UTV GREEN Int:

---

Estimate Notes:
DATA BASE N/A ON THIS YEAR / MODEL

| | | |
|---|---|---|
| Parts | | 344.86 |
| Body Labor | 4.8 hrs @ $ 38.00/hr | 182.40 |
| Paint Labor | 5.8 hrs @ $ 38.00/hr | 220.40 |
| Paint | 5.8 hrs @ $ 20.00/hr | 116.00 |
| SUBTOTAL | | $ 863.66 |
| Sales Tax | $ 863.66 @ 6.0000% | 51.82 |
| GRAND TOTAL | | $ 915.48 |
| ADJUSTMENTS: | | |
| Deductible | | 500.00 |
| CUSTOMER PAY | | $ 500.00 |
| INSURANCE PAY | | $ 415.48 |

WASTE DISPOAL CHARGES: " THIS CHARGE REPRESENTS COSTS & PROFITS TO THE MOTOR REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL"-(559.905(1)(H).-$3.00 BATTERY DISPOSAL FEE-$2.50 (559.905(1)(H), TIRE DISPOSAL- $1.50(559.905)(1)(H)
DAILY STORAGE CHARGE IF NOT PICKED UP WHEN COMPLETE $30.00 PER DAY (559.905(1)(N).

FAILURE TO USE THE INSURANCE PROCEEDS IN ACCORDANCE WITH THE SECURITY AGREEMENT, IF ANY, COULD BE A VIOLATION OF S. 812.014, FLORIDA STATUTES. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR LENDING INSTITUTION. IF A CHARGE FOR SHOP SUPPLIES OR HAZARDOUS OR OTHER WASTE REMOVAL IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: "THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL." IF A CHARGE FOR NEW TIRES OR A NEW OR REMANUFACTURED LEAD-ACID BATTERY IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: A $1.00 FEE FOR EACH NEW MOTOR VEHICLE TIRE SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW MOTOR VEHICLE TIRES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX CHAPTER 403.718. A $1.50 FEE FOR EACH NEW OR REMANUFACTURED LEAD-ACID BATTERY SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW OR REMANUFACTURED LEAD-ACID BATTERIES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX 403.7185.

Pathways - A product of CCC Information Services Inc.

06/16/2005 at 12:18 PM
60745

Job Number: 11080

**SUPPLEMENT OF RECORD 1 WITH SUMMARY**

2004 LEXU RX330 4X2 6-3.3L-FI 4D UTV GREEN Int:

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| | | -------- ADDED ITEMS -------- | | | | |
| 1# | S01 | *****FINAL BILL******* | 1 | | | |
| 2# | S01 | | | | | |
| | | Subtotals ==> | | 0.00 | 0.0 | 0.0 |

Estimate Notes:
DATA BASE N/A ON THIS YEAR / MODEL

| | |
|---|---|
| Parts | 0.00 |
| SUBTOTAL | $ 0.00 |

| | | |
|---|---|---|
| Estimate | 915.48 | DAVE WALTER |
| Supplement S01 | 0.00 | DAVE WALTER |
| Job Total | $ 915.48 | |

CUSTOMER PAY $ 500.00
INSURANCE PAY $ 415.48

WASTE DISPOAL CHARGES: " THIS CHARGE REPRESENTS COSTS & PROFITS TO THE MOTOR REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL"-(559.905(1)(H).-$3.00 BATTERY DISPOSAL FEE-$2.50 (559.905(1)(H), TIRE DISPOSAL- $1.50(559.905)(1)(H)
DAILY STORAGE CHARGE IF NOT PICKED UP WHEN COMPLETE $30.00 PER DAY (559.905(1)(N).

FAILURE TO USE THE INSURANCE PROCEEDS IN ACCORDANCE WITH THE SECURITY AGREEMENT, IF ANY, COULD BE A VIOLATION OF S. 812.014, FLORIDA STATUTES. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR LENDING INSTITUTION. IF A CHARGE FOR SHOP SUPPLIES OR HAZARDOUS OR OTHER WASTE REMOVAL IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: "THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL." IF A CHARGE FOR NEW TIRES OR A NEW OR REMANUFACTURED LEAD-ACID BATTERY IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: A $1.00 FEE FOR EACH NEW MOTOR VEHICLE TIRE SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW MOTOR VEHICLE TIRES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX CHAPTER 403.718. A $1.50 FEE FOR EACH NEW OR REMANUFACTURED LEAD-ACID BATTERY SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW OR REMANUFACTURED LEAD-ACID BATTERIES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX 403.7185.

Pathways - A product of CCC Information Services Inc.