UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

OCT 0 5 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO, Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNENMACHER

VS. : C.A. NO. 04-501

THEODORE BROTHER

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE**

Now comes the defendant and moves in limine to exclude the introduction into evidence of the traffic citation issued to him as a result of the motor vehicle accident of September 24, 2003 on the following grounds:

1. The citation issued does not rise to the level of "relevant evidence" necessary for its admission, as it lacks any indicia of reliability;
2. Assuming, arguendo, that evidence of the citation is relevant, it should nevertheless be excluded because its probative value is substantially outweighed by the danger of unfair prejudice.

Grounds for said motion are more fully set forth in the memorandum of law attached hereto.

DENIED for reasons stated in open court.

Ernest C. Torres

Ernest C. Torres, Chief Judge
11/8/05

Respectfully submitted,
Defendant, Theodore Brother
By his attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

Peter E. Garvey, Esq. #5330
123 Dyer Street
Providence, RI 02903
(401) 272-3500
Fax: (401) 273-8780