UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO

v. C.A. No. 04-501T

THEODORE BROTHER

**VERDICT**

We, the Jury, find (Check appropriate line)

For the Plaintiff, Barbara Fiorentino ✓

For the Defendant, Theodore Brother __________

If you found for the Plaintiff, Barbara Fiorentino,
please state the amount of damages awarded.

$ 674,831.30

Timothy P. Peder[illegible]
Signature of Foreperson

Date: 11/10/05