AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Barbara Fiorentino V. Theodore Brother

CASE NUMBER: CA 04-501T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Peter Leach, Esq. | Peter Garvey, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/08/05 - 11/10/05 | Angela Reynolds | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/8/05 | | | W-1 Eric Falcofsky |
| 8 | | 11/8/05 | | FULL | Warwick Police Dept. Uniform Accident Report from September 24, 2003. |
| 12 | | 11/8/05 | | FULL | Aerial view of the accident scene/Diagram of scene. |
| | A1 | 11/8/05 | | FULL | Veteran's Memorial Drive Photograph |
| | A2 | 11/8/05 | | FULL | Veteran's Memorial Drive Photograph |
| | A3 | 11/8/05 | | FULL | Veteran's Memorial Drive Photograph |
| | A4 | 11/8/05 | | FULL | Veteran's Memorial Drive Photograph |
| | A5 | 11/8/05 | | FULL | Veteran's Memorial Drive Photograph |
| | A6 | 11/8/05 | | FULL | Veteran's Memorial Drive Photograph |
| | A7 | 11/8/05 | | FULL | Veteran's Memorial Drive Photograph |
| | A8 | 11/8/05 | | FULL | Veteran's Memorial Drive Photograph |
| | A9 | 11/8/05 | | FULL | Veteran's Memorial Drive Photograph |
| | A10 | 11/8/05 | | FULL | Veteran's Memorial Drive Photograph |
| | I | 11/8/05 | | FULL | Aerial diagram of the accident scene. |
| | | 11/8/05 | | | W-2 Niles J. Madsen |
| | J | 11/8/05 | | FULL | Aerial diagram of the accident scene. |
| | | 11/8/05 | | FULL | W-3 Barbara J. Fiorentino |
| 1 | | 11/8/05 | | FULL | Kent County Emergency Room Record - 9/24/03 |
| 2 | | 11/8/05 | | FULL | Kent County Emergency Room Record - 9/25/03 |
| | D | 11/8/05 | | FULL | Aerial diagram of the accident scene. |
| | E | 11/8/05 | | FULL | Aerial photograph of the accident scene. |
| | | 11/8/05 | | | W-4 Theodore Brother |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Barbara Fiorentino V. Theodore Brother

CASE NUMBER: CA 04-501T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 13 | | 11/8/05 | | FULL | Certified Violation from Warwick Municipal Court dated 10/27/03 |
| | | 11/9/05 | | | W-5 Richard Horton |
| | | 11/9/05 | | | W-6 Dr. Arnold Peter Weiss (Videotape) |
| | | 11/9/05 | | | W-7 Dr. Manuel DaSilva (Videotape) |
| 3A | | 11/9/05 | | FULL | Operative Report of Dr. Weiss 11/3/03 |
| 3B | | 11/9/05 | | FULL | Operative Report of Dr. Weiss 12/8/03 |
| 3C | | 11/9/05 | | FULL | Operative Report of Dr. Weiss 3/8/04 |
| 3D | | 11/9/05 | | FULL | Operative Report of Dr. Weiss 4/12/04 |
| 4 | | 11/9/05 | | FULL | Office Records of Dr. Weiss |
| 5 | | 11/9/05 | | FULL | University Hand Therapy Records |
| 6A | | 11/9/05 | | FULL | Operative Report of Dr. DaSilva 5/11/04 |
| 6B | | 11/9/05 | | FULL | Operative Report of Dr. DaSilva 7/13/04 |
| 7 | | 11/9/05 | | FULL | Office Records of Dr. DaSilva |
| 9 | | 11/9/05 | | FULL | Wage Loss in the amount of $31,604.00 |
| 10 | | 11/9/05 | | FULL | Medical Bills totaling $98,190.67 |
| 11 | | 11/9/05 | | FULL | Photographs depicting accident scene. |
| 14 | | 11/9/05 | | FULL | Life Expectancy Tables |
| 17 | | 11/9/05 | | FULL | Curriculum Vitae Dr. DaSilva |
| 18 | | 11/9/05 | | FULL | Curriculum Vitae Dr. Weiss |
| | Q | 11/9/05 | | FULL | Injury Rehabilitation Center Physical Therapy Records |
| | | 11/9/05 | | FULL | W-8 Dr. A. Louis Mariorenzi |
| | | 11/9/05 | | FULL | W-9 Anthony Ricci |
| | G | 11/9/05 | X | | 1994/1995 Motorcycle Rider Course Student Workbook |
| | | 11/9/05 | | | W-10 William Howerton |
| | | 11/9/05 | | | W-5 Theodore Brother |
| | | | | | |
| | | | | | |