## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

BARBARA FIORENTINO,
Plaintiff

      vs.                            C.A. No. 04-501T

THEODORE BROTHER,
Defendant

**ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

    For reasons stated in open court, Defendant's Motion for Judgment as a Matter of Law is hereby denied.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 11/18/05