**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BARBARA FIORENTINO,
Plaintiff

vs. C.A. No. 04-501T

THEODORE BROTHER,
Defendant

**ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

For reasons stated in open court, Defendant's Motion for Judgment as a Matter of Law is hereby denied.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres

Chief Judge Ernest C. Torres
date: 11/18/05