**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BARBARA FIORENTINO,

Plaintiff

vs. C.A. No. 04-501T

THEODORE BROTHER,

Defendant

## JUDGMENT

[ X ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the Jury Verdict on November 10, 2005, Judgment enters in favor of the Plaintiff, Barbara Fiorentino, Individually, and against the Defendant, Theodore Brother. Jury awards damages in the amount of $674,831.30 plus prejudgment interest of $172,609.34 accrued from September 24, 2003 through November 10, 2005 for a total of $847,440.64. The Court grants Plaintiff's Motion to Dismiss the Complaint brought by Barbara Fiorentino as Parent and Natural Guardian of Jared Dardeen and Cody Nonnenmacher.

ENTER:

Lucia Cristina Leyva

Deputy Clerk

Dated: November 21, 2005