UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA FIORENTINO, Individually and as Parent and Natural Guardian of JARED DARDEEN and CODY NONNENMACHER | : | |
| VS. | : | C.A. NO. 04-501 |
| THEODORE BROTHER | : | |

**STIPULATION**

Judgment fully satisfied.

For plaintiff,

Peter P. D. Leach, Esq.
One Charles Street
Providence, RI 02904
(401) 521-9100

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

For defendant,

Peter E. Garvey, Esq., #5330
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Dated: 1/6/06