UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Barbara Fiorentino

Vs. Case No. CA04-501T

Theodore Brother

**EXHIBIT RECEIPT**

**Defendant's** Trial Exhibit(s)- A, A1-A10, B1-10, C-O, Q

Two original depositions of: Barbara Jane Fiorentino, and Richard Horton, Sr.

David A. DiMarzio, Clerk

Holly Campo
Signature ~~of Attorney~~
Date: 2/29/08

Rana J. Smith
Deputy Clerk